J-E01004-25                    2026 PA Super 43

| | | |
|---|---|---|
| DANA BURNLEY AND RALPH BURNLEY, H/W | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| LOEWS HOTEL, PHILADELPHIA HOTEL OPERATING COMPANY, INC., TWELFTH STREET HOTEL ASSOCIATES, AUDIO VISUAL SERVICES GROUP, INC. D/B/A PSAV PRESENTATION SERVICES, LAWALL COMMUNICATIONS, CHECKERS INDUSTRIAL PRODUCTS, CHECKERS SAFETY GROUP, CHECKERS INDUSTRIAL SAFETY PRODUCT, FIREFLY CABLE PROTECTORS, LINEBACKER  CABLE MANAGEMENT AND ASCENDANT VENTURES, INC. | : | No. 370 EDA 2023 |
| | : | |
| v. | : | |
| | : | |
| INDUSTRY ADVANCED TECHNOLOGIES, INC., ASCENDANT VENTURES, INC., FALLINE CORPORATION, FOH PRODUCTIONS, EVAN ANDREWS, EVAN ANDREWS DESIGN AND ALLEN PRICE, PRICE PRODUCTIONS, LLC AND CHRISTOPHER HASSFURTHER | : | |
| | : | |
| APPEAL OF: CHECKERS INDUSTRIAL PRODUCTS, LLC | : | |

Appeal from the Judgment Entered January 10, 2023
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  160901257

J-E01004-25

<table>
<tr><td>DANA BURNLEY AND RALPH BURNLEY, H/W<br><br>             Appellants<br><br><br>         v.<br><br><br>LOEWS HOTEL, PHILADELPHIA HOTEL OPERATING COMPANY, INC., TWELFTH STREET HOTEL ASSOCIATES, AUDIO VISUAL SERVICES GROUP, INC. D/B/A PSAV PRESENTATION SERVICES, LAWALL COMMUNICATIONS, CHECKERS INDUSTRIAL PRODUCTS, CHECKERS SAFETY GROUP, CHECKERS INDUSTRIAL SAFETY PRODUCT, FIREFLY CABLE PROTECTORS, LINEBACKER  CABLE MANAGEMENT AND ASCENDANT VENTURES, INC.<br>         v.<br><br><br>INDUSTRY ADVANCED TECHNOLOGIES, INC., ASCENDANT VENTURES, INC., FALLINE CORPORATION, FOH PRODUCTIONS, EVAN ANDREWS, EVAN ANDREWS DESIGN AND ALLEN PRICE, PRICE PRODUCTIONS, LLC AND CHRISTOPHER HASSFURTHER</td><td>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:</td><td>IN THE SUPERIOR COURT OF PENNSYLVANIA<br><br><br><br><br><br><br><br>No. 485 EDA 2023</td></tr>
</table>

Appeal from the Judgment Entered January 10, 2023
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  160901257


BEFORE:  LAZARUS, P.J., BOWES, J., PANELLA, P.J.E., DUBOW, J.,
       McLAUGHLIN, J., KING, J., SULLIVAN, J., BECK, J., and LANE, J.

DISSENTING STATEMENT BY SULLIVAN, J.:    **FILED MARCH 5, 2026**

I respectfully dissent from the lead opinion. Like President Judge Lazarus, I believe the trial court committed reversible error by admitting evidence concerning whether IAT had insurance. Further, the trial court's refusal to give a limiting instruction compounded the trial court's error and compels the grant of a new trial.

I agree with Judges Beck, Bowes, and King that the Appellant waived its claims relating to the product line exception and whether a judge or jury determines the existence of successor liability.

For those reasons, I respectfully dissent.

President Judge Lazarus concurs in the result.